# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> **(For a Petty Offense)** |
| v. | CASE NUMBER: 06-7117M |
| ROBERTA BECKER | |

**THE DEFENDANT:**
Pleaded guilty to Count One of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:
offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 42-4-1301(1)(b) | Driving While Ability Impaired | 4/29/2006 | 1 |

The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

8/2/2006
Date of Imposition of Judgment

s/Michael J. Watanabe
Signature of Judicial Officer

Michael J. Watanabe
U.S. Magistrate Judge
Name & Title of Judicial Officer

8/3/2006
Date

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|-------|------------|---------|-------------|
| 1 | $25.00 | $100.00 | |
| **TOTALS** | $25.00 | $100.00 | $0.00 |

## FURTHER ORDERS OF THE COURT

Defendant shall complete Level 1 Drug/Alcohol Education and shall bear the expense of same and shall provide proof of completion of same to the government.

Defendant shall complete twenty-four hours of community service, two hours of which shall be with the MADD organization.

Defendant shall comply with all terms of this sentence and pay all fines and costs within ninety days of this order.